ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
E-Mail: Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 10171
E-Mail: Priscilla.Obriant@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
TEL.: 702-893-3383
FAX: 702-893-3789
*Attorneys for Plaintiff*
*State Farm Fire And Casualty Company*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CLIFFORD HULL, individually; LORRAINE SEARS, as heir and personal representative of the Estate of Gerald Mead, Deceased; DOES 1-20 and ROE CORPORATIONS 1 - 20, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-01270-JAD-CWH<br><br>**ORDER GRANTING STATE FARM'S REQUEST FOR DECLARATORY JUDGMENT**<br><br>ECF No. 12 |

Having considered Plaintiff State Farm Fire and Casualty Company's Motion for Default Judgment against Defendants Hull and Sears, and good cause appearing;

IT IS HEREBY ORDERED that State Farm's Motion for Default Judgment **[ECF No. 12] is GRANTED**;

IT IS THEREFORE ORDERED that plaintiff State Farm does not have a duty to defend or indemnify Clifford Hull in the state litigation pending in the Fifth Judicial District Court for the State of Nevada, case number CV 37105, titled *Sears v. Duynstee, et. al.* Plaintiff is entitled to entry of judgment in its favor of all causes of action asserted in its declaratory relief complaint.

IT IS FURTHER ORDERED that judgment is entered in favor of Plaintiff and against Lorraine Sears ("Sears"), as heir and personal representative of the Estate of Gerald Mead. Sears

4845-8798-2150.1

is bound by the final judgment that this Court enters as to whether Plaintiff State Farm owes coverage, defense or indemnity to Defendant Hull under State Farm Policy 090 3143-B08-28.

The Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

_____
UNITED STATES DISTRICT JUDGE
8-3-17